UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |
|---|---|
| IN THE MATTER OF: | )<br>)<br>) |
|  | )    4: 07 MC 80 CEJ |
| SAM EDWARD POSTEN | )<br>) |

## ORDER

This Court has been advised by receipt of a certified copy of the September 25, 2006 order of the Supreme Court of Missouri, entered in **In re: Sam Edward Posten**, Cause No. 88045, indicating that Sam Edward Posten has been disbarred from the practice of law by the Supreme Court of Missouri.

Sam Edward Posten has been admitted to practice before this Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated February 7, 2007 directing Sam Edward Posten to show cause in writing within thirty days after service of that order why the identical discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was served by certified mail sent to Respondent's last known address. Proof of delivery was filed in the record on February 15, 2007 indicating a delivery date of February 10, 2007. No response has been filed by Mr. Posten. This Court therefore finds that the identical discipline ordered by the Supreme Court of Missouri should be imposed on Sam Edward Posten, pursuant to local rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Sam Edward Posten be disbarred and that his name be stricken from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 10th day of April, 2007.

**BY THE COURT:**

_____
Chief Judge Carol E. Jackson

_____
Judge Jean C. Hamilton

_____
Judge Charles A. Shaw

_____
Judge Catherine D. Perry

_____
Judge E. Richard Webber

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey