

# Supreme Court of Missouri
## en banc

May 29, 2012

In re: Sam Edward Poston, )
                                           ) No. SC92258
      Petitioner.                   ) MBE No. 40589

### ORDER

Now at this day, having fully considered Petitioner's application for reinstatement after discipline and the report and recommendation of the Chief Disciplinary Counsel regarding the same, the Court doth order and adjudge that said application of Sam Edward Poston be, and the same is hereby approved, and that said Sam Edward Poston is hereby reinstated to practice law in the State of Missouri as a member of The Missouri Bar in good standing. Petitioner is hereby placed on probation pursuant to Rule 5.225 for a period of two years from the date of this order. The terms of probation are set forth in the recommendation of the Chief Disciplinary Counsel filed herein on May 1, 2012, and Rule 5.225.

    Costs taxed to Petitioner.

Day - to - Day

_Richard B. Teitelman_
Richard B. Teitelman
Chief Justice

STATE OF MISSOURI – SCT.:

    I, BILL L. THOMPSON, Interim Clerk of the Supreme Court of Missouri, do hereby certify that the foregoing is a true copy of the order of said court, entered on the 29th day of May, 2012, as fully as the same appears of record in my office.

    **IN TESTIMONY WHEREOF,** *I have hereunto set my hand and affixed the seal of said Supreme Court. Done at office in the City of Jefferson, State aforesaid, this 29th day of May, 2012.*



_____, Interim Clerk

_____, Deputy Clerk